

Dennis J. PAPPAS, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 05–5151.

United States Court of Appeals,
Federal Circuit.

March 9, 2006.

Before SCHALL, BRYSON, and DYK, Circuit Judges.

*Judgment*

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

ALLAN BLOCK CORPORATION,
Plaintiff–Appellee,

v.

E DILLON & COMPANY,
Defendant–Appellant.

Nos. 05–1498, 05–1594.

United States Court of Appeals,
Federal Circuit.

March 9, 2006.

Before MICHEL, Chief Judge, MAYER and LOURIE, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Long Island Lighting Company, Orange and Rockland Utilities Inc., Southern Califor-

nia Edison Company, Pacific Gas & Electric Company, San Diego Gas & Electric Company, International Paper Company, Weyerhauser Company, and Westvaco Corporation, Plaintiffs–Appellants,

v.

Samuel W. BODMAN, Secretary of Energy and George W. Breznay, Director, Office of Hearings and Appeals, Defendants–Appellees.

No. 05–1442.

United States Court of Appeals, Federal Circuit.

March 9, 2006.

Before RADER, SCHALL, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Arthur H. MCELROY, II and David W. Porter, Plaintiffs–Appellees,

v.

Keith GLEASMAN and Vernon Gleasman, Defendants–Appellants.

No. 05–1431.

United States Court of Appeals, Federal Circuit.

March 9, 2006.

Before BRYSON, GAJARSA, and DYK, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36